**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITION OF T. MILTON STREET AS DEMOCRATIC CANDIDATE FOR OFFICE OF MAYOR | : No. 208 EAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court |
| PETITION OF: JOSEPH L. COCCIO JR. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.